UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Karima N. Rose** | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |
| | : | Bankruptcy No.: **10-15854JKF** |

**CONSENT ORDER**

     **AND NOW**, this _____ day of _____, 2010, upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

     **ORDERED**, that in light of the three (3) prior bankruptcy filings of debtor(s), if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing any subsequent bankruptcy case, individually or jointly, without further leave of Court, and it is further

     **ORDERED**, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

11/3/10
Date

_/s/ Jacqueline (illegible)_
William C. Miller, Esquire
Chapter 13 Standing Trustee

11/3/10
Date

_/s/ Stokes E. Mott_
Stokes E. Mott
Attorney for Debtor(s)

11/3/10
Date

_/s/ Karima N. Rose_
Karima N. Rose
Debtor

_____
Date

_____
Debtor

**BY THE COURT**

_____
**BANKRUPTCY JUDGE
JEAN K. FITZSIMON**